## NEELEY V. ROBERTS.

Appeal from order not entered when appeal was taken and perfected will be dismissed, though afterwards the clerk entered it as of a date prior thereto,

(Opinion filed September 2, 1899.)

Appeal from circuit court, Hughes county. Hon. LORING E. GAFFY, Judge.

Motion to dismiss appeal sustained and appeal dismissed.

*John A. Holmes,* for appellant.

*U. S. G. Cherry,* for respondent.

HANEY, J. This appeal is from an order setting aside a report of a referee, and modifying a restraining order previously made. Respondent moved to dismiss for the reason, among others, that the order had not been entered when the appeal was taken. Upon the hearing of this motion, appellant was granted an order to show cause why he should not be allowed to amend his abstract by adding thereto the following statement: "Said order appealed from was duly filed as a

record in said action on January 7, 1898, and duly record-ed in the circuit court order book No. 2, on page 195, the same being the Hughes county order book No. 2, and that said order was duly recorded *nunc pro tunc* as of January 7, 1898." It ap-pears from appellant's application to amend that the order appealed from was not entered when the appeal was taken and perfected, but that subsequently the clerk entered it as of a date prior to that time. His application to amend must be de-nied, and respondent's motion granted. Martin v. Smith 11 S. D. 437, 78 N.W. 1001; Bank v. Oliver, 11 S. D. 444. The appeal is dismissed.